

Criminal Appeals, it is ordered that said petition is hereby granted on the following issue specified by the Court:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED IN HOLDING THAT SECOND INFANTRY DIVISION POLICY LETTER NUMBER 8(11 JANUARY 2010), WHICH PROHIBITS SERVICE MEMBERS WHO ARE 21 YEARS OF AGE AND OLDER FROM DISTRIBUTING ALCOHOL TO PERSONS UNDER 21 FOR THE PURPOSES OF CONSUMPTION, DID NOT CONTAIN AN ELEMENT THAT APPELLANT KNEW THAT THE PERSON TO WHOM DISTRIBUTION WAS MADE WAS UNDER 21 YEARS OF AGE, AND THEREFORE IMPOSED STRICT LIABILITY FOR SUCH ACTIONS.

Briefs will be filed under Rule 25.

No. 15–0462/MC. U.S. v. Michael A. Arnold. CCA 201200382. On consideration of Appellant's motion to consolidate this case with *United States v. Quick*, 15–0347/MC, it is ordered that said motion is hereby denied.

Friday, May 8, 2015

No. 15–0548/NA. D'Urville Christopher, Appellant v. United States, Appellee. CCA 201500066. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

